# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 92CR1328-RBB |
| Plaintiff, | |
| v. | JUDGMENT AND ORDER OF DISMISSAL |
| JOSE ALBERTO MANJARREZ-OCHOA (1), | |
| Defendant. | |

Based upon the motion of the United States (Doc. Nos. 45 and 47), the Court grants the government's motion to dismiss without prejudice the Indictment and the Superseding Information in the above entitled case against defendant Jose Alberto Manjarrez-Ochoa. The defendant is hereby discharged as to this case only and the bench warrant issued by Magistrate Judge Louisa S. Porter on January 6, 1993 is hereby recalled.

IT IS SO ORDERED AND ADJUDGED.

DATED: August 12, 2016

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

-1-